**Order filed November 3, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00904-CV

_____

### In the Interest of B.J.C., G.J.C., and G.E.C., Children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-04768J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue.

The notice of appeal was filed October 23, 2015. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). Part of the record has been filed, but the potion for which Geneva Villanueva is responsible has not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order Geneva Villanueva, the court reporter, to file the record in this appeal **on or before November 13, 2015.** If Geneva Villanueva does not timely file the record as ordered, the court may issue an order requiring the trial court to hold a hearing to determine why the record has not been filed.


PER CURIAM